

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-390-CV

READY CABLE, INC.                                                                              APPELLANT

V.

AGAPE WORLD GROUP, INC.                                                              APPELLEES
AND NN ENCHANTED LLC.

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On November 19, 2009, we notified Appellant Ready Cable, Inc. that its notice of appeal was defective because it failed to contain a service of notice of appeal to all parties to the trial court's judgment. *See* Tex. R. App. P. 37.1., 25.1(e). We directed Appellant to file an amended notice of appeal containing the missing information on or before November 30, 2009. On January 6,

---

[1] *See* Tex. R. App. P. 47.4.

2010, we notified Appellant that this court had not received an amended notice of appeal and that the appeal would be dismissed unless Appellant filed with this court on or before January 18, 2010, an amended notice of appeal containing a service of the notice of appeal to all parties to the trial court's judgment. *See* Tex. R. App. P. 42.3(c). Because Appellant has failed, after notice, to correct its defective notice of appeal, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

PER CURIAM

PANEL: MEIER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: February 25, 2010